LAWRENCE G. BROWN
Acting United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLANCA LEON, UBERTINO, SR. ) <br> LEON, JESUS LEON, UBERTINO JR.) <br> LEON, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA; ) <br> MICHAEL JAMES DUNN, et al., ) <br> ) <br> Defendant. ) <br> _____ ) | 1:09-cv-00439-LJO-GSA <br><br> **STIPULATION AND ORDER REGARDING NON-JURY TRIAL** |

Pursuant to the Court's Minute Order dated June 18, 2009 (Doc. 15), the parties, through their attorneys, hereby stipulate and agree that this matter shall be tried to the Court, without a jury.

                                        Respectfully submitted,

Dated: June 18, 2009.                   LAWRENCE G. BROWN
                                        Acting United States Attorney


                                   By:  /s/ Benjamin E. Hall
                                        BENJAMIN E. HALL
                                        Assistant U.S. Attorney
                                        Attorneys for Defendant
                                        United States of America

1 | Dated: June 18, 2009.                              YOUNG WOOLDRIDGE, LLP

2                                                     [Authorized 6/18/09]

3                                              By:    /s/ Greg A. Muir
                                                      GREG A. MUIR
4                                                     Attorneys for Plaintiffs

5

6      IT IS SO ORDERED.

7      **Dated:   June 18, 2009**                      **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE