# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA LEON, UBERTINO, SR. LEON, JESUS LEON, UBERTINO JR. LEON, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; MICHAEL JAMES DUNN, et al.,<br><br>  Defendant. | 1:09-cv-00439-LJO-GSA<br><br>ORDER APPOINTING BLANCA LEON AS GUARDIAN AD LITEM FOR URBERTINO LEON JR.<br><br>(Doc. 22) |

On September 4, 2009, Plaintiff Ubertino Leon, Jr., an infant, filed a motion to appoint Blanca Leon, his mother as guardian ad litem pursuant to Federal Rule of Civil Procedure 17 (c). Doc. 22. The court has determined that a guardian ad litem is necessary and appropriate. Upon a consideration of the motion, the court has determined that the motion should be granted. IT IS HEREBY ORDERED that :

 1. Plaintiff's motion to appoint Blanca Leon as guardian ad litem is GRANTED; and

 2. Blanca Leon is hereby appointed guardian ad litem for plaintiff Ubertino Leon, Jr.

   IT IS SO ORDERED.

   Dated:   **September 8, 2009**           **/s/ Gary S. Austin**

1  UNITED STATES MAGISTRATE JUDGE