1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL (SBN 219924)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant
   United States of America
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 BLANCA LEON, UBERTINO, SR.   )   1:09-cv-00439-LJO-GSA
   LEON, JESUS LEON, UBERTINO JR.)
12 LEON, et al.,                )   **STIPULATION AND ORDER TO RESET**
                                )   **SETTLEMENT CONFERENCE**
13          Plaintiffs,         )
                                )
14     vs.                      )
                                )
15 UNITED STATES OF AMERICA,    )
                                )
16          Defendant.          )
   ─────────────────────────────)
17

18      The parties, through their attorneys, hereby stipulate and

19 request that the Settlement Conference be rescheduled from April

20 13, 2010, to **May 26, 2010, at 10:30 a.m.**, before the Honorable

21 Gary S. Austin in Courtroom 10.  Confidential settlement

22 conference statements including the information required by

23 Section 7 of the Scheduling Conference Order (Doc. 13) shall be

24 e-mailed to chambers at gsaorders@caed.uscourts.gov no later than

25 May 19, 2010.

26 ///

27 ///

28 ///

                                 1

1

Respectfully submitted,

2  Dated: April 6, 2010

BENJAMIN B. WAGNER
United States Attorney

3

4

By:  /s/ Benjamin E. Hall

BENJAMIN E. HALL
Assistant U.S. Attorney

5

Attorneys for Defendant

6

United States of America

7  Dated: April 6, 2010

YOUNG WOOLDRIDGE, LLP

8

[Authorized 4/6/10]

9

By:  /s/ Greg A. Muir

GREG A. MUIR

10

Attorneys for Plaintiffs

11

12

**ORDER**

13    The Settlement Conference is rescheduled from April 13, 2010 to **May 26, 2010 at 10:30**

14  **a.m., before the Honorable Sandra M. Snyder in Courtroom 7**.  The Joint Scheduling Report

15  shall be filed and emailed to chambers at smsorders@caed.uscourts.gov no later than May 19,

16  2010.

17

18  IT IS SO ORDERED.

19

20  **Dated: April 7, 2010**          **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO RESET SCHEDULING CONFERENCE