**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLANCA LEON, UBERTINO LEON, SR., JESUS LEON, UBERTINO LEON, JR., et al., | Case No. 1:09-cv-00439-JLT |
| Plaintiffs, | ORDER SETTING TRIAL DATE |
| v. | |
| UNITED STATES OF AMERICA, MICHAEL JAMES DUNN, et al., | |
| Defendants. | |

A Scheduling Conference in this matter was held before the Court on June 16, 2010. Accordingly, IT IS HEREBY ORDERED that:

1. A bench trial is set in this matter for December 1-3, 2010 at 9:00 a.m. at 1300 18th Street in Bakersfield;

2. A Pretrial Conference is set for October 21, 2010 at 9:00 a.m. at 1200 Truxtun, Suite 120 in Bakersfield;

3. No later than October 14, 2010, the parties shall file a joint statement setting forth any substantial evidentiary or other trial issue that should be decided before trial. The Court anticipates that "substantial" issues are those that are unusual or would require significant analysis of the parties'

1

1 | briefs. If there are no such issues, the joint statement should note this and
2 | the Court will consider at that time whether to vacate the pretrial
3 | conference.
4 | IT IS SO ORDERED.
5 | Dated:   **June 16, 2010**                                                    **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE