UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA LEON, UBERTINO LEON, SR., JESUS LEON, UBERTINO LEON, JR., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:09-cv-00439-JLT <br><br> ORDER AFTER SETTLEMENT <br><br> (Doc. 40) |

On January 28, 2011, Defendant filed a Notice of Settlement. (Doc. 40) No later than February 21, 2011, Plaintiff, Blanca Leon, is **ORDERED** to file motion for approval of the minors' compromise according to Local Rule 202(b).

This Court **ORDERS** that all pending dates and motions are **VACATED.**

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:  **January 31, 2011**                              /s/ Jennifer L. Thurston
                                                                                    UNITED STATES MAGISTRATE JUDGE