1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | BLANCA LEON, UBERTINO LEON, SR.,) | Case No. 1:09-cv-00439-JLT
   | JESUS LEON, UBERTINO LEON, JR.,   )
12 |                                  ) | ORDER GRANTING EXTENSION OF TIME
   |          Plaintiffs,             ) | TO FILE MOTION FOR MINORS'
13 |                                  ) | COMPROMISE
   |          v.                      )
14 |                                  ) |
   | UNITED STATES OF AMERICA,        ) | (Doc. 42)
15 |                                  )
   |          Defendant.              )
16 | _____  )

17          On February 18, 2011, Plaintiff's attorney filed a declaration in which he indicated that he was

18 unable to file the motion for approval of the minors' compromise at this time due to the need to negotiate

19 lien reductions with the Department of Health Services.  (Doc. 42) Counsel believes that the motion may

20 be filed by February 25, 2011.  To ensure sufficient time for the negotiation and the preparation of the

21 motion, the Court **GRANTS** the request for the extension of time. Therefore, no later than March 4,

22 2011, Plaintiff, Blanca Leon, is **ORDERED** to file a motion for approval of the minors' compromise

23 according to Local Rule 202(b).

24          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

25 parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

26 IT IS SO ORDERED.

27 Dated:   **February 23, 2011**                        **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE
28