UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA LEON, UBERTINO LEON, SR., JESUS LEON, UBERTINO LEON, JR.,<br><br>             Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | Case No. 1:09-cv-00439-JLT<br><br>ORDER AFTER APPROVAL OF MINORS' COMPROMISE |

On January 28, 2011, Defendant filed a Notice of Settlement. (Doc. 40) On March 29, 2011, the Court approved the settlement of the case as to the child-plaintiffs.

Therefore, this Court **ORDERS** that the parties file their stipulated request for dismissal no later than May 13, 2011.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:  **March 29, 2011**                                    /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE