BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA LEON, UBERTINO LEON, SR., JESUS LEON, UBERTINO LEON, JR.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 1:09-cv-00439-JLT<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

    IT IS HEREBY STIPULATED by and between Plaintiffs, Blanca Leon (individually and as guardian ad litem for Jesus Leon and Ubertino Leon, Jr.) and Ubertino Leon, Sr., and Defendant, the United States of America, by and through their respective attorneys, that the above-captioned action be dismissed with prejudice, each party to bear its own fees and costs.

///

///

///

///

```
1  Dated: April 13, 2011                YOUNG WOOLDRIDGE LLP
2
3                                       By: /s/ Greg A. Muir
4                                           GREG A. MUIR
                                            Attorneys for Plaintiffs
5
6  Dated: April 12, 2011                BENJAMIN B. WAGNER
                                        United States Attorney
7
8                                       By: /s/ Benjamin E. Hall
                                            BENJAMIN E. HALL
9                                           Assistant U.S. Attorney
                                            Attorneys for Defendant
10
11                               **ORDER**
12 IT IS SO ORDERED.
13 Dated:  **April 28, 2011**              **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE
```